**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2016 MAY 20 PM 2:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IDIN RAFIEE (3),<br><br>Defendant. | Case No. 14CR0240-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or
___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) as charged in the Indictment:

50 U.S.C. § § 1702 & 1705, 31 C.F.R. Part 560 – Conspiracy to export to embargoed country;
18 U.S.C. §981(a)(1)(c), and 28 U.S.C. §2461(c) – Criminal forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/13/2016

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge