# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2016 MAY 20 PM 2:23
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

IDIN RAFIEE (3),

46206-298

Defendant.

Case No. 14CR0240-JLS

JUDGMENT OF DISMISSAL

FILED
JUN 20 2016
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) as charged in the Indictment:

50 U.S.C. § § 1702 & 1705, 31 C.F.R. Part 560 – Conspiracy to export to embargoed country;
18 U.S.C. §981(a)(1)(c), and 28 U.S.C. §2461(c) – Criminal forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/13/2016

Hon. Janis L. Sammartino
United States District Judge

I have executed within Dismissed
Judgement and Commitment on 6/16/2016
United States Marshal
By:
USMS Criminal Section